THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAKHOUL ELECTRIC, LLC,** *et al.* | **CIVIL ACTION** |
| **v.** | |
| **CINCINNATI INSURANCE,** *et al.* | **No. 25-5689** |

## ORDER

**AND NOW**, this 26th day of May, 2026, upon consideration of defendants' motion to dismiss, it is hereby **ORDERED**:

1.   The motion (ECF 9) is **DENIED**.

2.   Plaintiffs may move for leave to amend their complaint within 10 days of the entry of this order. Such a motion should include the proposed amendment and a redline document demonstrating changes in the amendment.

3.   If the plaintiffs do not file a motion for leave to amend, defendants **SHALL FILE** responsive pleadings within 25 days of the entry of this order.

**BY THE COURT**:

*s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**